# ALLEN & OVERY

**BY ECF**

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel          212 610 6369
Fax         212 610 6399
eugene.ingoglia@allenovery.com

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

May 10, 2018

Re: <u>United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)</u>

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission to travel with his family to Massachusetts on May 18, 2018 returning May 20, 2018 and to Pennsylvania on June 15, 2018 returning June 17, 2018. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and to the District of New Jersey. The government, by Assistant United States Attorney Ian McGinley, consents to this application, as do Mr. Olan's Pre-Trial Services Officers.

Respectfully submitted,

Eugene Ingoglia

Copy (by ECF) to:     Ian McGinley
                      Joshua Naftalis
                      Brooke Cucinella
                      *Assistant United States Attorneys*

Copy (by email) to:    Rena Bolin
                      Lura Jenkins
                      *Pre-Trial Services Officers*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.