

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-28-18

**ALLEN & OVERY**

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel          212 610 6369
Fax          212 610 6399
eugene.ingoglia@allenovery.com

June 26, 2018

**Re: United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)**

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission to travel with his family to Massachusetts July 12, 2018 returning July 15, 2018 and to Wyoming on August 19, 2018 returning August 26, 2018. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey. The government, by Assistant United States Attorney Joshua Naftalis, consents to this application, as do Mr. Olan's Pre-Trial Services Officers.

Respectfully submitted,

Eugene Ingoglia

Copy (by ECF) to:    Ian McGinley
                     Joshua Naftalis
                     Brooke Cucinella
                     *Assistant United States Attorneys*

Copy (by email) to:    Rena Bolin
                       Lura Jenkins
                       *Pre-Trial Services Officers*

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/28/18

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 26, 2018

<u>BY E-MAIL</u>



The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re:     United States v. David Blaszczak et al.
         S1 17 Cr. 357 (LAK)

Dear Judge Kaplan:

         The Government writes in response to defendant Robert Olan's June 26, 2018 letter. The Government has no objection to the defendant's request to travel to Massachusetts from July 12, 2018 through July 15, 2018, and to travel to Wyoming from August 19, 2018 through August 26, 2018.

                                        Respectfully submitted,

                                        ROBERT KHUZAMI
                                        Attorney for the United States,
                                        Acting Under Authority Conferred
                                        by 28 U.S.C § 515

                              By: /s/_____
                                        Ian McGinley
                                        Joshua A. Naftalis
                                        Assistant United States Attorneys
                                        (212) 637-2257/2310

cc:     Eugene Ingoglia, Esq.
         David Esseks, Esq.
         Tobias Fischer, Esq.
         Rena Bolin, Pretrial Services
         Lura Jenkins, Pretrial Services