# ALLEN & OVERY

MAY 29 2019

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

5/28/19

SO ORDERED:

*[signature]* PART I

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel       212 610 6369
Fax      212 610 6399
eugene.ingoglia@allenovery.com

May 23, 2019

Re: <u>United States v. Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission for him to travel with his family to Pennsylvania on June 13, 2019 returning June 16, 2019 and to the state of Washington on August 14, 2019 returning August 22, 2019. In addition, Mr. Olan would like to request permission to travel to Massachusetts, with advance notice to Pretrial Services, at any point between on July 8, 2019 and August 11, 2019, during which time his children will attend sleep away camp in that state.   } SO ORDERED

Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey. The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

*[signature]*

Eugene Ingoglia

Copy (by ECF) to:   Ian McGinley
                    Joshua Naftalis
                    Brooke Cucinella
                    *Assistant United States Attorneys*

Copy (by email) to: Rena Bolin
                    Lura Jenkins
                    *Pre-Trial Services Officers*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.