# ALLEN & OVERY

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel     212 610 6369
Fax    212 610 6399
eugene.ingoglia@allenovery.com

September 16, 2019

Re: <u>United States v. Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request a modification of his bail conditions. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey. Mr. Olan requests that his bail conditions be modified to also permit travel to the Eastern, Middle, and Western Districts of Pennsylvania so that he can accompany his children to their soccer games in those Districts.

The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

Eugene Ingoglia

Copy (by ECF) to:      Ian McGinley
                       Joshua Naftalis
                       *Assistant United States Attorneys*

Copy (by email) to:    Rena Bolin
                       Lura Jenkins
                       *Pre-Trial Services Officers*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.