# ALLEN & OVERY

## MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-19

RECEIVED
SEP 16 2019
JUDGE KAPLAN'S CHAMBERS

BY ECF

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Tel 212 610 6369
Fax 212 610 6399
eugene.ingoglia@allenovery.com

September 16, 2019

Re: <u>United States v. Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request a modification of his bail conditions. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, and the District of New Jersey. Mr. Olan requests that his bail conditions be modified to also permit travel to the Eastern, Middle, and Western Districts of Pennsylvania so that he can accompany his children to their soccer games in those Districts.

The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

Eugene Ingoglia

Copy (by ECF) to: Ian McGinley
Joshua Naftalis
*Assistant United States Attorneys*

Copy (by email) to: Rena Bolin
Lura Jenkins
*Pre-Trial Services Officers*

Granted
SO ORDERED
Lewis A. Kaplan
9/17/19

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2019

BY E-MAIL

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

      Re:    United States v. David Blaszczak et al.
             S1 17 Cr. 357 (LAK)

RECEIVED
SEP 16 2019
JUDGE KAPLAN'S CHAMBERS

Dear Judge Kaplan:

      The Government writes in response to defendant Robert Olan's September 16, 2019 letter requesting that the terms of his release be modified to permit him to travel to the Eastern, Middle, and Western Districts of Pennsylvania. The Government has no objection to the defendant's requests.

      Respectfully submitted,

      AUDREY STRAUSS
      Attorney for the United States,
      Acting Under Authority Conferred
      by 28 U.S.C § 515

By: /s/
     Ian McGinley
     Joshua A. Naftalis
     Assistant United States Attorneys
     (212) 637-2257/2310

cc:    Eugene Ingoglia, Esq.
       Rena Bolin, Pretrial Services
       Lura Jenkins, Pretrial Services