

**ALLEN & OVERY**

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel     212 610 63006369
Fax     212 610 6399
eugene.ingoglia@allenovery.com

March 25, 2021

Re: **United States v. Blaszczak et al.**, No. 17 Cr. 357 (LAK)

Dear Judge Kaplan:

We write on behalf of Robert Olan as a follow-up to our letter dated March 17, 2021, which the Court endorsed on March 18, 2021. Mr. Olan's plans have changed such that he will be returning from Vermont on April 2, 2021, one day later than previously requested. As such, we respectfully request that the Court grant permission for Mr. Olan to travel with his family to Vermont on March 26, 2021 returning April 2, 2021. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey and the Eastern, Middle, and Western Districts of Pennsylvania. The Government and Pre-Trial Services both consent to this application. We apologize that the change in circumstances has necessitated multiple letters to the Court.

Respectfully submitted,

/s/ Eugene Ingoglia
Eugene Ingoglia

Copy (by ECF) to:    Ian McGinley
                        Joshua Naftalis
                        *Assistant United States Attorneys*

Copy (by email) to:   Rena Bolin
                        Lura Jenkins
                        *Pre-Trial Services Officers*

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/25/21

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.
Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.