# ALLEN & OVERY

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007

**Allen & Overy LLP**
1221 Avenue of the Americas
New York  NY  10020

Tel  212 610 63006369
Fax  212 610 6399
eugene.ingoglia@allenovery.com

June 17, 2021

**Re: <u>United States v. Blaszczak et al.</u>, No. 17 Cr. 357 (LAK)**

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission for him to travel with his family by car between New Jersey and Massachusetts from June 26, 2021 to June 28, 2021 and separately to travel with his family by car between New Jersey and Maine from July 13, 2021 to July 21, 2021.  Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey and the Eastern, Middle, and Western Districts of Pennsylvania.  The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

/s/ Eugene Ingoglia
Eugene Ingoglia

Copy (by ECF) to:   Ian McGinley
                    Joshua Naftalis
                    *Assistant United States Attorneys*

Copy (by email) to: Rena Bolin
                    Lura Jenkins
                    *Pre-Trial Services Officers*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.