

BY ECF

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007



**Allen & Overy LLP**
1221 Avenue of the Americas
New York, NY 10020

Tel 212 610 63006369
Fax 212 610 6399
eugene.ingoglia@allenovery.com

November 30, 2021

**Re: United States v. Blaszczak et al., No. 17 Cr. 357 (LAK)**

Dear Judge Kaplan:

We write on behalf of Robert Olan to respectfully request permission for him to travel with his family to Florida on December 23, 2021, returning December 31, 2021. Mr. Olan's current bail conditions restrict his travel to the Southern and Eastern Districts of New York, the District of New Jersey and the Eastern, Middle, and Western Districts of Pennsylvania. The Government and Pre-Trial Services both consent to this application.

Respectfully submitted,

/s/ Eugene Ingoglia
Eugene Ingoglia

Copy (by ECF) to: Joshua Naftalis
*Assistant United States Attorney*

Copy (by email) to: Myrna Carrington
Robert Hyde
*Pre-Trial Services Officers*

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/30/21

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Bratislava, Brussels, Budapest, Casablanca, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Rome, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.