UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                       :

UNITED STATES OF AMERICA,       :

          Plaintiff,     :     Case No. 17 CR 357 (LAK)

             :

        v.         :

ROBERT OLAN, et al.,        :

         Defendants.    :

             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion to Withdraw as Counsel and the accompanying Declaration of Rebecca R. Delfiner,

IT IS HEREBY ORDERED that the motion to withdraw Rebecca R. Delfiner as counsel to Defendant Robert Olan is granted, and the appearance of Ms. Delfiner is withdrawn as of the date of this Order.

*and Mr. Olan having other attorneys of record in this case,*

Dated: *10/19/23*
New York, New York

HON. LEWIS A. KAPLAN.
United States District Judge