UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

UNITED STATES OF AMERICA,

          *Plaintiff,*

    v.

ROBERT OLAN,

          *Defendant.*

———————————————————— x

S1 17 Cr. 357 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-13-23

## [PROPOSED] ORDER EXONERATING BAIL CONDITIONS

WHEREAS on May 24, 2017, the Court imposed the following bail conditions on defendant Robert Olan:

(1)     A $10 million bond to be secured by $2 million in cash or property, including (a) $1,118,300 cash wired on or around June 7, 2017 to this Court's account at the U.S. Treasury, and (b) $881,700 wired on or around August 10, 2017 to this Court's account at the U.S. Treasury;

(2)     Limitation on travel to the Southern and Eastern Districts of New York and District of New Jersey;

(3)     Surrender of travel documents;

(4)     Regular pretrial supervision;

WHEREAS on November 1, 2023, a *nolle prosequi* was entered as to Mr. Olan;

NOW, THEREFORE, IT IS HEREBY ORDERED, that all conditions securing Mr. Olan's bail are exonerated and released and all suretors on Mr. Olan's personal recognizance bond and all property posted as security for Mr. Olan's personal recognizance bond are also

*PRIVILEGED & CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*
*DRAFT*

released from any liability in connection with the bond.

Dated:  12/13/2023
New York, New York

IT IS SO ORDERED:

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE