```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12-19-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
       :
UNITED STATES OF AMERICA,   :
       :
         v.   :   S1 17 Cr. 357 (LAK)
       :
ROBERT OLAN,   :
       :
         *Defendant.*   :
       :
———————————————————————— x

## [PROPOSED] ORDER TO RETURN CASH BAIL

WHEREAS on May 24, 2017, the Court entered an Appearance Bond for Robert Olan, imposing a personal recognizance bond in the amount of $10 million secured by $2 million cash or property;

WHEREAS on June 7, 2017, Mr. Olan wired $1,118,300 cash to this Court's account at the U.S. Treasury as security for the bond;

WHEREAS on or about August 10, 2017, Mr. Olan wired an additional $881,700 cash to this Court's account at the U.S. Treasury as further security for the bond;

WHEREAS on November 1, 2023, a *nolle prosequi* was entered as to Mr. Olan;

WHEREAS on December 13, 2023, the Court Ordered that all conditions securing Mr. Olan's bail were exonerated and released and all suretors on Mr. Olan's personal recognizance bond and all property posted as security for Mr. Olan's personal recognizance bond were also released from any liability in connection with the bond.

NOW, THEREFORE, IT IS HEREBY ORDERED, that the $2,000,000 cash bail amount be returned to Mr. Robert Olan via Electronic Funds Transfer in accordance with the

Form AO 213P provided by him to the Finance/Cashier Department of the United States District Court of the Southern District of New York.

Dated: 12/19, 2023
New York, New York

IT IS SO ORDERED

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE